Case 1:05-cv-05425-NGG-KAM Document 18 Filed 07/31/2007 Page 1 of 2
07/31/2007 13:55 FAX 7184189635        MAKE THE ROAD                           ☒001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CONSUELO ECHEVERRY; JULIA ORTIZ; and
MARIA MARTINEZ, on their own behalf and on behalf
of others similarly situated,

                Plaintiffs,

-against-

SAVE SMART DEPARTMENT STORE INC.; 1275
DEPARTMENT STORE, INC., ISHAK KHADIDEH
a/k/a ISHAK KHADEIDA a/k/a ISHAK LADODEH;
AZIZ KHADIDEH a/k/a AZIZ KHADEIDA; NOURA
BARAKAT; and MIKE DOE,

                Defendants.
----------------------------------------------------------x

05 CV 5425 (NGG) (KAM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The undersigned parties, by their respective attorneys, hereby stipulate and agree that this action and all claims therein are dismissed with prejudice as against the defendants. Each party thereto shall bear its own attorneys' fees and costs.

Dated:  New York, New York
          July 31, 2007

                                  MAKE THE ROAD BY WALKING
                                  Attorneys for Plaintiffs

By: _____
      Julian Gonzalez, Esq.
      301 Grove Street
      Brooklyn, N.Y. 11237
      718-418-7690 x236

Case 1:05-cv-05425-NGG-KAM Document 19 Filed 08/06/07 Page 2 of 2 PageID #: 54
Case 1:05-cv-05425-NGG-KAM Document 18 Filed 07/31/2007 Page 2 of 2
07/31/2007 13:58 FAX 7184189635        MAKE THE ROAD                    ☒002

By: *[signature]*

SCHWARTZ & BLUMENSTEIN
Attorneys for Defendants

Clifford Schwartz, Esq. (CES-1571)
350 Fifth Avenue, Suite 2412
New York, N.Y. 10118
212-290-0400

SO ORDERED:
 s/Hon. Nicholas G. Garaufis
*[signature]*
U.S.D.J.
8/1/07